I

United States District Court.
Judgment District. Of
Puerto Rico.

René Core Ayala

V. S.

U.S District. Court. P.R

| | Cr. 99-111 (cc) |
| --- | --- |
| | # 17901 069 |
| | S.S. 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 |
| | Sentencia. 17 años. ½ |

RECEIVED AND FILED
2007 JUN 18 AM 9:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## Exposición.

- El aqui. Peticionario, en Forma, Pauperis y muy respetuosamente, expone, Alega y Solicita. (Expone) Que se encuentra Detenido en la Intitución, Correccional Bayamón, mil setenta y dos 1072. Cumpliendo Acabalidad lo Expuesto por esté, Hon. Tribunal.

### Alegacion:

① El Aqui peticionario de manera, pobre y modus propio, y muy respetuosamente Alega. Que, para la Fecha del, 10/09/01 El Departamento Federal Juzgado, de united states, Marchal Distrito de Puerto Rico. Emitio un Detainer, donde Subscribe. la siguiente. # DOB/SSN: 04/24/1954 USMS, # 17901-069 CR. # 99-111-(CC)

### ② Alegacion

- El aqui Peticionario de modus propio, y muy respetuosamente, Alega Ha esté, Hon: Tribunal. Que en Basé, al Detainer, ME He visto, Seriamente, Afectado, en el proseso de Rehabilitación ya Que no He podido Benefisiarme, de, Trabajo, ni, De programas, Que Ballán Dirijido, Espesifica- mente, A mi Rehabilitación, como. J.L.B.P. Pase Ext, Casita. Interna, Presencia Diaria. Supervición Electronica. Todos estos Tipo. De programas, Que ofrecen, la A.d.M.d.C.C. para, el Bienestar, y Proseso de Rendinmicacion

II

para, la libre comunidad, donde, pueda. ser, un mejor, ser humano, en la. libre, comunidad, y una, persona de probecho, donde, me pueda ajustar a las exijencias, comunitaria.

### Solicitud.

③ El aqui, peticionario de modus propio y. forma, pauperis, solicita, de, manera, de. suplica, que, la Hon, Juez, Carmen Consuelo Cerezo del U.S District, Judge, y por el poder, que el Estado le confiere, pueda. reclasificar, el mismo de manera, tal. que, en base, al poder conferido, pueda. emitir, una, orden, alas autoridades. pertinente, en espesifico a la A.C.C. a que, se me brinde, una custodia. minima, que pueda partisipar, de todos. estos, beneficios, que tanto. necesito. en esta etapa, de, mi vida.

### Solicitud.

④ El aqui, peticionario de modus propio y forma pauperis, y muy respetuosamente solicita ha este, Hon: tribuna, que. tome en consideración, la petición antes, mencionada, para el beneficio personal, y de terseros, como, exposa, He. Hijos. madre, fam. ext... que tanto, han sufrido. con todo, esto, y lo que haun, siguen. suffiendo, por tal razón le pido la benebolencia, de su, parte, y acepte. esta, petición, muy. personal.

### Solicitud.

⑤ - El aqui peticionario de modus, propio y forma, pauperis, le pide en forma de suplica, que si hay alguna-

III

Ley. Que Me pueda Beneficiar, o Algun Art. Sustentado, en Ley. Que Me pueda, Ayudar, en lo Antes. Mencionado. Se Pueda Poner, en Vigor, en este, Caso en Particular. A Discripcion, del Hon, Juez, Que pueda, Tomar, esta, Peticion.

- Se Refiere, la Situacion Antex. Expuesta para, Conocimiento, Confiando, Plenamente, en este Sircuito. Que Hara, Todo lo. Que Sustente, la, Ley. O. Tomando. Sus. Criterios. Por el Poder Distrito Que le Otorgue el Estado de Puerto. Rico. y pueda Solucionar, Esta Situacion a la Vrebedad. Posible.

Gracias.

Dado Hoy.
12/Jun/07.

Firma _____

Firma. *René Corre Ayala*

Rene Core. Ayala    # . 17901069.
Intitucion Correciona.
Bayamo. 1072. Edif. 7-A
Bayamon  00960 - 61
P. O Bo. 60-075.
P.R  00960-61.