IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>2) RENE CORE-AYALA<br>Defendant | CRIMINAL 99-0111 CCC |

## ORDER

The Motion filed by defendant René Core-Ayala <u>pro se</u> on June 18, 2007 (docket entry 412) requesting that the Administration of Corrections of the Commonwealth of Puerto Rico be ordered to place defendant in minimum custody so that he be able to benefit from certain programs is DENIED for lack of jurisdiction.

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge